UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL SCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>HEALTHCARE MANAGEMENT SOLUTIONS, LLC, et al.,<br><br>    Defendants. | Case No. 24-cv-04658-JD<br><br>**TRANSFER ORDER** |

Pursuant to the Court's minute order, Dkt. No. 40, the case is transferred to the Northern District of West Virginia.

**IT IS SO ORDERED.**

Dated: February 7, 2025

JAMES DONATO
United States District Judge